JS-6

*FILED*
CLERK, U.S. DISTRICT COURT
MAR 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBERT WILLIS,<br><br>    Petitioner,<br><br>v.<br><br>KEN CLARK,<br><br>    Respondent. | Case No. CV 08-00594 JVS (AN)<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the accompanying Memorandum and Order.

Dated: _____3. 7_____, 2008

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___